IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALAN CROSS, individually and on behalf of all those similarly situated, ) ) ) Plaintiff, ) ) v. ) ) BRENDAN KELLY, in his official Capacity as Director of the Illinois Police, ) ) ) Defendants. ) | No. 23-CV-3165 |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL WITHIN THE SAME AGENCY**

Defendant Brendan Kelly, by and through his attorney, Kwame Raoul, Attorney General of Illinois, hereby withdraws the appearance of Sarah Hughes Newman and substitutes the appearance of Mary Alice Johnston, Assistant Attorney General, as one of his attorneys of record.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/*Mary A. Johnston
Mary A. Johnston
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-4417
Mary.johnston@ilag.gov

*Counsel for Defendant*

1