Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | |
|---|---|
| Alan Cross,    Plaintiff,    vs.    Brendan Kelly,    Defendant. | Case Number: 3:23-cv-03165-CRL-DJQ |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Cross's action against Defendant Kelly is dismissed.

**Dated: 11/3/2025**

*RJK*

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court